**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>CHRISTOPHER B. LINDSTROM<br>SANDRA M. LINDSTROM-CROWLEY<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>    Movant<br>  vs.<br>No Repondents. | Case No.:13-22177<br><br>Chapter 13<br>Related to:<br>Document No.:  110<br><br>**ENTERED BY DEFAULT** |

ORDER OF COURT

AND NOW, this \_\_\_10th\_\_\_ day of \_\_\_August\_\_\_, 20\_18\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

*Carlota M. Böhm*
U.S. BANKRUPTCY JUDGE

kmt

FILED
8/10/18 1:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                              Case No. 13-22177-CMB
Christopher B. Lindstrom                                            Chapter 13
Sandra M. Lindstrom-Crowley
        Debtors                        CERTIFICATE OF NOTICE
District/off: 0315-2           User: mgut                  Page 1 of 2            Date Rcvd: Aug 10, 2018
                               Form ID: pdf900             Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2018.
db/jdb         +Christopher B. Lindstrom,    Sandra M. Lindstrom-Crowley,    176 Castle Road,
                 Pittsburgh, PA 15234-2302
aty            +vde13,   Office of the Chapter 13 Trustee,    Suite 3250 US Steel Tower,    600 Grant Street,
                 Pittsburgh, PA 15219-2719
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,   Pittsburgh, PA  15219
13641884        Chase,   P.O. Box 15153,    Wilmington, DE 19886-5153
13645798       +Citizens Auto Finance,    443 Jefferson Blvd,   RJW 135,    Warwick RI 02886-1321
13647932       +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13641886        Discover,   P.O. Box 6105,    Carol Stream, IL 60197-6105
13641891        Jefferson Regional Medical Center,    P.O. Box 643054,    Pittsburgh, PA 15264-3054
13641892        Macy's,   P.O. Box 183083,    Columbus, OH 43218-3083
13681846       +MidFirst Bank,    999 NW Grand Blvd,   Attn: Bankruptcy Department,
                 Oklahoma City, OK 73118-6051
13641893        Midland Mortgage Co.,    P.O. Box 26648,   Oklahoma City, OK 73126-0648
13646295       +PNC BANK,   PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13641894        PNC Bank,   P.O. Box 856177,    Louisville, KY 40285-6177
13641895        Quest Diagnostics,    P.O. Box 71313,   Philadelphia, PA 19176-1313
13641896       +Quest Diagnostics, Inc.,    c/o National Asset Management, LLC,    P.O. Box 840,
                 Moon Township, PA 15108-0840
13641897       +RBS Citizens,    RJW 214,   P.O. Box 7000,   Providence, RI 02940-7000
13641898        Sears Credit Cards,    P.O. Box 183081,   Columbus, OH 43218-3081
13641901        St. Clair Hospital,    Medical Rescue Team South Auth.,    315 Cypress Way,
                 Pittsburgh, PA 15228-2218

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13641885        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 11 2018 02:12:11
                 Comenity-Christopher & Banks,    P.O. Box 659728,   San Antonio, TX 78265-9728
13641887        E-mail/Text: mrdiscen@discover.com Aug 11 2018 02:11:56      Discover,    P.O. Box 30943,
                 Salt Lake City, UT 84130
13645744        E-mail/Text: mrdiscen@discover.com Aug 11 2018 02:11:56      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
13649323       +E-mail/Text: dplbk@discover.com Aug 11 2018 02:13:01      Discover Personal Loans,
                 PO BOX 30954,    Salt Lake City, UT 84130-0954
13659074       +E-mail/Text: kburkley@bernsteinlaw.com Aug 11 2018 02:13:21      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,   Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13641888        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 11 2018 02:12:11      Fashion Bug,
                 P.O. Box 659728,    San Antonio, TX 78265-9728
13641889        E-mail/Text: fnb.bk@fnfg.com Aug 11 2018 02:12:58      First Niagara,    P.O. Box 28,
                 Buffalo, NY 14240-0028
13658324        E-mail/Text: fnb.bk@fnfg.com Aug 11 2018 02:12:58      First Niagara Bank N.A.,
                 6950 South Transit Road,    PO Box 514,   Lockport NY  14095-0514
13641890        E-mail/PDF: gecsedi@recoverycorp.com Aug 11 2018 01:54:13      GE Capital Bank,
                 P.O. Box 965034,    Orlando, FL 32896-5034
13685955        E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 11 2018 02:12:55      Jefferson Capital Systems LLC,
                 PO BOX 7999,    SAINT CLOUD MN 56302-9617
13688659        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 11 2018 01:53:33
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13698347        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 11 2018 01:53:30
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
13656753        E-mail/Text: bnc-quantum@quantum3group.com Aug 11 2018 02:12:17
                 Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,    Kirkland, WA  98083-0788
13641899        E-mail/Text: appebnmailbox@sprint.com Aug 11 2018 02:12:33      Sprint,    P.O. Box 4191,
                 Carol Stream, IL 60197-4191
13660082        E-mail/Text: appebnmailbox@sprint.com Aug 11 2018 02:12:33      Sprint Nextel,
                 Attn Bankruptcy Dept,    PO Box 7949,   Overland Park KS 66207-0949
13641900       +E-mail/Text: bankruptcydepartment@tsico.com Aug 11 2018 02:13:11      St. Clair Hospital,
                 c/o NCO Financial Systems,    P.O. Box 15273,   Wilmington, DE 19850-5273
13641903        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 11 2018 02:12:11      WFNNB/Giant Eagle,
                 P.O. Box 659584,    San Antonio, TX 78265-9584
13641902        E-mail/PDF: gecsedi@recoverycorp.com Aug 11 2018 01:53:25      Walmart/GECRB,    P.O. Box 530927,
                 Atlanta, GA 30353-0927
                                                                                              TOTAL: 18

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              MidFirst Bank
```

```
District/off: 0315-2            User: mgut              Page 2 of 2            Date Rcvd: Aug 10, 2018
                                Form ID: pdf900         Total Noticed: 36

cr          ##+Bethel Park School District,   One Churchill Park,   3301 McCrady Road,
                 Pittsburgh, PA 15235-5137
                                                                              TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2018 at the address(es) listed below:

```
          David Neeren    on behalf of Creditor   MidFirst Bank dneeren@udren.com, vbarber@udren.com
          Elizabeth Lamont Wassall    on behalf of Creditor    MidFirst Bank vbarber@udren.com
          Francis E. Corbett    on behalf of Joint Debtor Sandra M. Lindstrom-Crowley
           fcorbett@fcorbettlaw.com,  fcorbett7@gmail.com
          Francis E. Corbett    on behalf of Debtor Christopher B. Lindstrom fcorbett@fcorbettlaw.com,
           fcorbett7@gmail.com
          James Warmbrodt    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
          Jennifer L. Cerce    on behalf of Creditor    Bethel Park School District jlc@mbm-law.net
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
          Stuart P. Winneg    on behalf of Creditor    MidFirst Bank swinneg@udren.com, cblack@udren.com
                                                                                             TOTAL: 10
```