**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Christopher B. Lindstrom<br>Sandra M. Lindstrom-Crowley<br>            <u>Debtors</u> | CHAPTER 13<br><br>BKY. NO. 13-22177 CMB |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

                    Respectfully submitted,

                    **/s/ James C. Warmbrodt, Esquire**
                    James C. Warmbrodt, Esquire
                    jwarmbrodt@kmllawgroup.com
                    Attorney I.D. No. 42524
                    KML Law Group, P.C.
                    701 Market Street, Suite 5000
                    Philadelphia, PA 19106
                    Phone: (215)-627-1322
                    Attorney for Movant/Applicant